NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada Bar Number 13644
EDWARD G. VERONDA
Assistant United States Attorney
501 Las Vegas Boulevard South
Suite 1100
Las Vegas, Nevada 89101
702-388-6336
Edward.G.Veronda@usdoj.gov

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| United States of America, | ) | |
|---|---|---|
| Plaintiff, | ) | Case No.: 2:21 mj 00150-EJY |
| vs. | ) | Stipulation to Continue Preliminary Hearing Date (First Request) |
| JACQUAVIUS TRISHUN POWELL | ) | |
| Defendants. | ) | |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, Edward Veronda, Assistant United States Attorney, counsel for the United States of America and Nicholas Wooldridge, Esq., counsel for defendant Jacquavius Powell.

THAT THE PRELIMINARY HEARING CURRENTLY SCHEDULED FOR March 4, 2021, at 4:00 p.m. before U.S. Magistrate Elayna J. Youchah be vacated and set to a time convenient for the Court, but no earlier than 60 days from the current setting.

This stipulation is entered into for the following reasons:

1. The government will provide counsel for the defendant with limited Rule 16 Discovery in order to facilitate a possible pre-indictment resolution. Counsel for the

defendant requests an opportunity to review the discovery and discuss it with his client prior to a preliminary hearing or an indictment.

2. Defense counsel and counsel for the government agree to the continuance.

3. The defendant is not detained and agrees to the continuance.

4. Denial of this request for a continuance could result in a miscarriage of justice.

5. The additional time requested by this Stipulation is excludable in computing the time from the filing of the criminal complaint through which the government must assert an criminal Information or seek an Indictment by the Grand Jury pursuant to the Speedy Trial Act, Title 18, United States Code Section 3161(h)(7)(A), when considering the factors under Title 18, United States Code, Sections 3161(h)(7)(B) and 3161(h)(7)(B)(iv).

6. This is the first request for a continuance.

Dated this ___ day of February 2021.

                                              Respectfully Submitted,

                                              NICHOLAS A. TRUTANICH
                                              United States Attorney

                                              EDWARD G. VERONDA
                                              Assistant United States Attorney

                                              NICHOLAS WOOLDRIDGE, ESQ.
                                              Counsel for defendant Jaquavius Powell

NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada Bar Number 13644

2

EDWARD G. VERONDA
Assistant United States Attorney
501 Las Vegas Boulevard South
Suite 1100
Las Vegas, Nevada  89101
702-388-6336
Edward.G.Veronda@usdoj.gov

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| United States of America, | Case No.: 2:21 mj 00150-EJY |
| Plaintiff, | |
| vs. | Stipulation to Continue Preliminary Hearing Date (First Request) |
| JACQUAVIUS TRISHUN POWELL | |
| Defendants. | |

FINDINGS OF FACT

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. The period within which the government may assert an Information or seek an Indictment through the Grand Jury against the defendant is hereby extended from the date of the filing of the complaint up through and including May 4, 2021.

2. The government will provide counsel for the defendant with limited Rule 16 Discovery in order to facilitate a pre-indictment resolution.  Counsel for the defendant requests an opportunity to review the discovery and discuss it with his client prior to a preliminary hearing or an indictment.

3. Both counsel for the defendant and counsel for the government agree to the continuance.

4. The defendant is not detained and agrees to the continuance.

5. The additional time requested by this Stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, United States Code Section 3161(h)(7)(A), when considering the factors under Title 18, United States Code, Sections 3161(h)(7)(B) and 3161(h)(7)(B)(iv).

6. This is the first request to continue the preliminary hearing.

For all of the above-stated reasons, the end of justice would best be served by a continuance of the preliminary hearing.

ORDER

IT IS ORDERED that the preliminary hearing currently scheduled for March 4, 2021, at 4:00 p.m. be vacated and continued to May 3, 2021, at the hour of 4:00 p.m., in Courtroom 3A.

DATED this 23rd day of February 2021.

_____
UNITED STATES MAGISTRATE JUDGE