NICHOLAS M. WOOLDRIDGE
Nevada State Bar No. 8732
WOOLDRIDGE LAW, LTD.
400 South 7th Street, 4th Floor
Las Vegas, NV 89101
Telephone: (702) 330-4645
Facsimile: (702) 359-8494
nicholas@wooldridgelawlv.com
Attorney for Jaquavius Powell

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 2:21-CR-00234-JAD-VCF |
| Plaintiff, | : | |
| v. | : | **STIPULATION TO** |
| | : | **CONTINUE SENTENCING** |
| JAQUAVIUS POWELL, | : | |
| Defendant. | : | |

**IT IS HEREBY STIPULATED AND AGREED**, by and between CHRISTOPHER CHIOU, Acting United States Attorney, and EDWARD G. VERONDA, Assistant United States Attorney, counsel for the United States of America (hereinafter "the Government"), and NICHOLAS M. WOOLDRIDGE, ESQ., Wooldridge Law Ltd., counsel for Defendant JAQUAVIUS POWELL ("the Defendant") (collectively, "the Parties"), that the sentencing hearing currently scheduled for January 11, 2021 be vacated and set to a date and time convenient to this court within 60 days.  Notwithstanding, the Government is not available during the month of February 2022.

1

The Stipulation is entered into for the following reasons:

1. The Defendant is in custody and does not oppose the continuance.

2. The additional time requested herein is not sought for purposes of delay, but to allow counsel for the defendant additional time to prepare for sentencing and not conflict with his trial calendar. Counsel is set to begin a lengthy jury trial in the matter of <u>State of Nevada vs. Cristian Lara-Contreras C-19-3400963-1</u> on or about January 10, 2021.

3. This is the Defendant's first request for continuance and the Government does not oppose this request for continuance.

This is the First request to continue filed herein.

DATED:  December 21, 2021

| WOOLDRIDGE LAW, LTD. | CHRISTOPHER CHIOU |
| --- | --- |
|  | United States Attorney |
|  |  |
| By  /s/  Nicholas M. Wooldridge | By  /s/ Edward Veronda |
| NICHOLAS M. WOOLDRIDGE | EDWARD VERONDA |
| Counsel for Jaquavius Powell | Assistant United States Attorney |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 2:21-CR-00234-JAD-VCF |
| Plaintiff, | : | |
| v. | : | |
| JAQUAVIUS POWELL, | : | **ORDER** |
| Defendant. | : | |

**FINDINGS OF FACT**

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. Counsel is set to begin a lengthy jury trial on or about January 10, 2021.

2. The defendant does not object to the continuance.

3. The parties agree to the continuance.

4. The additional time requested herein is not sought for purposes of delay, but to allow counsel to address the conflict in defense counsel's schedule.

5. This is the Parties' first stipulation to continue the sentencing hearing.

**IT IS ORDERED** that the hearing for Defendant's sentencing hearing, currently scheduled for January 11, 2022 be vacated and continued to March 22, 2022, at 2:00 p.m.

Dated: December 28, 2021.

_____
UNITES STATES DISTRICT JUDGE